ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, state bar number, and address*):
Leo D. Plotkin, Esq. (SBN 101893)
John P. Mertens, Esq. (SBN252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive, Los Angeles, California 90049
TELEPHONE NO.: (310) 471-3000 FAX NO.: (310) 471-7990
ATTORNEY FOR (*Name*): Plaintiff, PNC Bank, National Association

FOR COURT USE ONLY

NAME OF COURT: United States District Court, Central District of California
STREET ADDRESS: XXXXXXXXXXXXXXXX 411 West Fourth Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: XXXXXXXXXXXXXXXXX Santa Ana, California 92701
BRANCH NAME: Southern Division - Santa Ana Courthouse

PLAINTIFF: PNC Bank, National Association, successor by merger to National City Bank
DEFENDANT: Brady D. Bunte, an individual

**APPLICATION FOR**
[X] **RIGHT TO ATTACH ORDER** [ ] **TEMPORARY PROTECTIVE ORDER**
[X] **ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT**
[ ] **ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT**
[X] **After Hearing** [ ] **Ex Parte**
[ ] **Against Property of Nonresident**

CASE NUMBER:
SACV11-00737-JST(RNBx)

1. Plaintiff (*name*): PNC Bank, National Association, successor by merger to National City Bank applies [X] after hearing [ ] ex parte for
   a. [X] a right to attach order and writ of attachment.
   b. [ ] an additional writ of attachment.
   c. [ ] a temporary protective order.
   d. [X] an order directing the defendant to transfer to the levying officer possession of
      (1) [X] property in defendant's possession.
      (2) [X] documentary evidence in defendant's possession of title to property.
      (3) [X] documentary evidence in defendant's possession of debt owed to defendant.

2. Defendant (*name*): Brady D. Bunte, an individual
   a. [X] is a natural person who
      (1) [X] resides in California.
      (2) [ ] does not reside in California.
   b. [ ] is a corporation
      (1) [ ] qualified to do business in California.
      (2) [ ] not qualified to do business in California.
   c. [ ] is a California partnership or other unincorporated association.
   d. [ ] is a foreign partnership that
      (1) [ ] has filed a designation under Corporations Code section 15800.
      (2) [ ] has not filed a designation under Corporations Code section 15800.
   e. [ ] is other (*specify*):

3. Attachment is sought to secure recovery on a claim upon which attachment may issue under Code of Civil Procedure section 483.010.

4. Attachment is not sought for a purpose other than the recovery on a claim upon which the attachment is based.

5. Plaintiff has no information or belief that the claim is discharged or the prosecution of the action is stayed in a proceeding under Title 11 of the United States Code (Bankruptcy).

| SHORT TITLE: PNC Bank, National Association v. Brady D. Bunte | CASE NUMBER: SACV11-00737-JST(RNBx) |
|---|---|

6. [X] Plaintiff's claim or claims arise out of conduct by the defendant who is a natural person of a trade, business, or profession. The claim or claims are not based on the sale or lease of property, a license to use property, the furnishing of services, or the loan of money where any of the foregoing was used by the defendant primarily for personal, family, or household purposes.

7. The facts showing plaintiff is entitled to a judgment on the claim on which the attachment is based set forth with particularity in the
   a. [ ] verified complaint.
   b. [X] attached affidavit or declaration.
   c. [ ] following facts *(specify)*:

8. The amount to be secured by the attachment is: $ 12,491,951.67
   a. [X] which includes estimated costs of: $ 5,000.00
   b. [X] which includes estimated allowable attorney fees of: $ 248,371.60

9. Plaintiff is informed and believes that the following property sought to be attached for which a method of levy is provided is subject to attachment:
   a. [ ] Any property of a defendant who is **not** a natural person.
   b. [ ] Any property of a nonresident defendant.
   c. [X] Property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010 described as follows *(specify)*:
   Please see Attachment A hereto.

   d. [ ] Property covered by a bulk sales notice with respect to a bulk transfer by defendant on the proceeds of the sale of such property *(describe)*:

   e. [ ] Plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold *(specify license number)*:

10. Plaintiff is informed and believes that the property sought to be attached is not exempt from attachment.

11. [ ] The court issued a Right to Attach Order on *(date)*:
   *(Attach a copy.)*

12. [ ] Nonresident defendant has not filed a general appearance.

| SHORT TITLE: PNC Bank, National Association v. Brady D. Bunte | CASE NUMBER: SACV11-00737-JST(RNBx) |
|---|---|

13. a. Plaintiff [ ] alleges on ex parte application for order for writ of attachment
[ ] is informed and believes on application for temporary protective order
that plaintiff will suffer great or irreparable injury if the order is not issued before the matter can be heard on notice because
(1) [ ] it may be inferred that there is a danger that the property sought to be attached will be
(a) [ ] concealed.
(b) [ ] substantially impaired in value.
(c) [ ] made unavailable to levy by other than concealment or impairment in value.
(2) [ ] defendant has failed to pay the debt underlying the requested attachment and is insolvent as defined in Code of Civil Procedure section 485.010, subdivision (b)(2).
(3) [ ] a bulk sales notice was recorded and published pursuant to Division 6 of the Commercial Code with respect to a bulk transfer by the defendant.
(4) [ ] an escrow has been opened under the provisions of Business and Professions Code section 24074 with respect to the sale by the defendant.
(5) [ ] other circumstances *(specify)*:

b. The statements in item 13a are established by [ ] the attached affidavit or declaration
[ ] the following facts *(specify)*:

14. [ ] Plaintiff requests the following relief by temporary protective order *(specify)*:

15. Plaintiff
a. [ ] has filed an undertaking in the amount of: $
b. [X] has not filed an undertaking.

Date: October 19, 2011

John P. Mertens, Esq., Attorney for Plaintiff
PNC BANK, NATIONAL ASSOCIATION
(TYPE OR PRINT NAME OF PLAINTIFF OR PLAINTIFF'S ATTORNEY)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR PLAINTIFF'S ATTORNEY)

**DECLARATION**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

(TYPE OR PRINT NAME)

▶
(SIGNATURE OF DECLARANT)

16. Number of pages attached: ______

## ATTACHMENT A — ATTACHMENT AGAINST BRADY D. BUNTE

**All of the following property of defendant Brady D. Bunte ("Bunte"), including but not limited to community property:**

**1. Tangible Personal and Real Property**

(A) Antiques, jewelry, heirlooms and works of art, to the extent that the value thereof exceeds $6,075 (C.C.P. §704.040).

(B) Tools, instruments, materials, furnishings, books, and equipment, except that the first $6,075 in aggregate equity therein is exempt from attachment or judgment if these items are reasonably necessary to, and actually used in, the conduct of a trade or business (C.C.P. §704.060).

(C) Commercial motor vehicle, except that the first $4,850 in aggregate equity therein is exempt from attachment or judgment if the commercial motor vehicle is reasonably necessary to, and actually used in, the conduct of a trade or business (C.C.P. §704.060).

(D) Motor vehicles, to the extent that the aggregate equity therein exceeds $2,300 (C.C.P. §704.010), including but not limited to a 2008 Chevrolet with Vehicle ID Number 3GNFK16368G113235.

(E) All interests in real property except leasehold estates with unexpired terms of less than one year (C.C.P. §487.010), including but not limited to all interests in the real property commonly known as 3 O'Hill Ridge, Laguna Niguel, California 92677.

**2. Other Property**

(A) Stock, Bonds and Securities (C.C.P. §487.010)

All shares of stock, bonds, securities and other investment property.

(B) All interests in the following entities (C.C.P. §487.010)

(i) Trust One Mortgage Corporation

(ii) 108 Pacifica, LLC

(iii) Bunte Family Trust established October 29, 1991 by Brady D. Bunte and Angela M. Bunte, Trustors

(C) Deposit Accounts and Safe-Deposit Boxes (C.C.P. §487.010)

All money in the possession, on the premises, or in the deposit accounts of or belonging to Bunte, to the extent that the aggregate amount thereof exceeds $1,000 (C.C.P. §487.010).

(D) Notes (Receivables) (C.C.P. §487.010)

All Promissory Notes and/or Deeds of Trust or other evidence of indebtedness.

(E) All general intangibles, interests and/or rights to payment in or from the following entities, investment properties and/or projects (C.C.P. §487.010):

(i) Trust One Mortgage Corporation

(ii) 108 Pacific, LLC

(iii) 108 Pacifica, Irvine, California 92618

(iv) 4 Santa Carmela, Cabo San Luca, Mexico

(v) 30 Santa Carmela, Cabo San Lucas, Mexico

(vi) Bunte Family Trust established October 29, 1991 by Brady D. Bunte and Angela M. Bunte, Trustors

(F) Accounts receivable, chattel paper, and general intangibles arising from the conduct of a trade, business, or profession to the extent that any individual such item exceeds $150.00 in principal balance (C.C.P. §487.010).

(G) Negotiable documents of title, securities, instruments, equipment, farm products, and inventory (C.C. P. §487.010).

(H) Final money judgments arising from the conduct of a trade, business or profession (C.C.P. §487.010).

(I) The aggregate loan value of unmatured life insurance policies to the extent that such value exceeds $8,000 (C.C.P. §704.100), including but not limited to policies issued by (i) AIG, and (ii) Old Life.

26831-1

# PROOF OF SERVICE

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On October 20, 2011, I served the foregoing document entitled **APPLICATION FOR RIGHT TO ATTACH ORDER; ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING; WRIT OF ATTACHMENT AFTER HEARING; RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING** on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

***See Attached Service List***

☒ By Service of Court via Notice of Electronic Filing ("NEF") Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated on the attached service list.

☒ **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed October 20, 2011, at Los Angeles, California.

/s/ Heidi Gray
Heidi Gray

## SERVICE LIST

**Via Notice of Electronic Filing**

John H. Kay, Esq.
Shields Law Offices
1920 Main Street, Suite 1080
Irvine, California 92614
Telephone: (949) 724-7900
Facsimile: (949) 724-7905
Email: john@shieldslawoffices.com

***Attorney for Defendant, TRUST ONE MORTGAGE CORPORATION***

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*
Leo D. Plotkin, Esq. (SBN 101893)
John P. Mertens, Esq. (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive, Los Angeles, California 90049
TELEPHONE NO.: (310) 471-3000 FAX NO. *(Optional):* (310) 471-7990
E-MAIL ADDRESS *(Optional):* lplotkin@lsl-la.com; egeffner@lsl-la.com
ATTORNEY FOR *(Name):* Plaintiff, PNC Bank National Association

*FOR COURT USE ONLY*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 411 West Fourth Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Santa Ana, California 92701
BRANCH NAME: Southern Division - Santa Ana Courthouse

PLAINTIFF: PNC Bank, National Association

DEFENDANT: Brady D. Bunte, an individual

**WRIT OF ATTACHMENT**
[X] **AFTER HEARING** [ ] **EX PARTE**

CASE NUMBER: SACV11-00737-JST(RNBx)

1. [X] TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA
2. [X] To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.
3. [X] To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.
4. This writ is to attach property of defendant (name and last known address): Brady D. Bunte
30662 Marilyn Drive, Laguna Beach, California 92651
and the attachment is to secure: $ 12,491,951.67
5. Name and address of plaintiff: PNC Bank, National Association, 101 South Fifth Street, Louisville, KY 40202

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter):*

[X] This information is on an attached sheet. See Attachment A hereto.

7. [X] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant: See Attachment B hereto.
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

8. [ ] The real property on which the
   [ ] crops described in item 5 ____ are growing
   [ ] timber described in item 5 ____ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: Clerk, by ______________________________, Deputy

## ATTACHMENT A — ATTACHMENT AGAINST BRADY D. BUNTE

**All of the following property of defendant Brady D. Bunte ("Bunte"), including but not limited to community property:**

**1. Tangible Personal and Real Property**

(A) Antiques, jewelry, heirlooms and works of art, to the extent that the value thereof exceeds $6,075 (C.C.P. §704.040).

(B) Tools, instruments, materials, furnishings, books, and equipment, except that the first $6,075 in aggregate equity therein is exempt from attachment or judgment if these items are reasonably necessary to, and actually used in, the conduct of a trade or business (C.C.P. §704.060).

(C) Commercial motor vehicle, except that the first $4,850 in aggregate equity therein is exempt from attachment or judgment if the commercial motor vehicle is reasonably necessary to, and actually used in, the conduct of a trade or business (C.C.P. §704.060).

(D) Motor vehicles, to the extent that the aggregate equity therein exceeds $2,300 (C.C.P. §704.010), including but not limited to a 2008 Chevrolet with Vehicle ID Number 3GNFK16368G113235.

(E) All interests in real property except leasehold estates with unexpired terms of less than one year (C.C.P. §487.010), including but not limited to all interests in the real property commonly known as 3 O'Hill Ridge, Laguna Niguel, California 92677.

**2. Other Property**

(A) Stock, Bonds and Securities (C.C.P. §487.010)

All shares of stock, bonds, securities and other investment property.

(B) All interests in the following entities (C.C.P. §487.010)

(i) Trust One Mortgage Corporation

(ii) 108 Pacifica, LLC

(iii) Bunte Family Trust established October 29, 1991 by Brady D. Bunte and Angela M. Bunte, Trustors

(C) Deposit Accounts and Safe-Deposit Boxes (C.C.P. §487.010)

All money in the possession, on the premises, or in the deposit accounts of or belonging to Bunte, to the extent that the aggregate amount thereof exceeds $1,000 (C.C.P. §487.010).

(D) Notes (Receivables) (C.C.P. §487.010)

All Promissory Notes and/or Deeds of Trust or other evidence of indebtedness.

(E) All general intangibles, interests and/or rights to payment in or from the following entities, investment properties and/or projects (C.C.P. §487.010):

(i) Trust One Mortgage Corporation

(ii) 108 Pacific, LLC

(iii) 108 Pacifica, Irvine, California 92618

(iv) 4 Santa Carmela, Cabo San Luca, Mexico

(v) 30 Santa Carmela, Cabo San Lucas, Mexico

(vi) Bunte Family Trust established October 29, 1991 by Brady D. Bunte and Angela M. Bunte, Trustors

(F) Accounts receivable, chattel paper, and general intangibles arising from the conduct of a trade, business, or profession to the extent that any individual such item exceeds $150.00 in principal balance (C.C.P. §487.010).

(G) Negotiable documents of title, securities, instruments, equipment, farm products, and inventory (C.C. P. §487.010).

(H) Final money judgments arising from the conduct of a trade, business or profession (C.C.P. §487.010).

(I) The aggregate loan value of unmatured life insurance policies to the extent that such value exceeds $8,000 (C.C.P. §704.100), including but not limited to policies issued by (i) AIG, and (ii) Old Life.

26831-1

**ATTACHMENT B – ATTACHMENT AGAINST BRADY D. BUNTE**

**WRIT OF ATTACHMENT, ITEM 7**

7. Real Property:

3 O'Hill Ridge, Laguna Niguel, California 92677-9203

7.a,b. Interest Holders and Addresses of Record:

(i) Bunte Family Trust established October 29, 1991 by Brady D. Bunte and Angela M. Bunte, Trustors, 3 O'Hill Ridge, Laguna Niguel, California 92677-9203

(ii) Washington Mutual Bank, FA, 2210 Enterprise Drive, Florence, South Carolina 29501

(iii) Bank of America, N.A., 9000 Southside Boulevard, Bldg. 700, Jacksonville, Florida 32256

26832

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, state bar number, and address*):
Leo D. Plotkin, Esq. (SBN 101893)
John P. Mertens, Esq. (SBN252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive, Los Angeles, California 90049
TELEPHONE NO.: (310) 471-3000 FAX NO.: (310) 471-7990
ATTORNEY FOR (*Name*): Plaintiff PNC BANK, NATIONAL ASSOCIATION

FOR COURT USE ONLY

NAME OF COURT: United States District Court, Central District of California
STREET ADDRESS: ~~XXXXXXXXXXXXXXXXXXXX~~ 411 Fourth Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: ~~XXXXXXXXXXXXXXXXXXXX~~ Santa Ana, California 92701
BRANCH NAME:

PLAINTIFF: PNC BANK, NATIONAL ASSOCIATION, a national banking association, successor by merger to National City Bank
DEFENDANT: BRADY D. BUNTE, an individual

[X] **RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING**
[ ] **ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT AFTER HEARING**

CASE NUMBER: SACV11-00737-JST(RNBx)

1. a. The application of plaintiff (*name*): PNC BANK, NATIONAL ASSOCIATION, a national banking association, successor by merger to National City Bank
   for [X] a right to attach order and order for issuance of writ of attachment
   [ ] an order for issuance of additional writ of attachment
   against the property of defendant (*name*): BRADY D. BUNTE, an individual
   came on for hearing as follows:
   (1) Judge (*name*): Hon. J.S. Tucker
   (2) Hearing date: 11/21/11 Time: 10:00 a.m. [ ] Dept.: [ ] Div.: [X] Rm.: 10A
   b. The following persons were present at the hearing:
   (1) [ ] Plaintiff (*name*):
   (2) [ ] Defendant (*name*):
   (3) [X] Plaintiff's attorney (*name*): John P. Mertens, Esq.
   (4) [ ] Defendant's attorney (*name*):

## FINDINGS

2. THE COURT FINDS
   a. Defendant (*specify name*): BRADY D. BUNTE, an individual is a [X] natural person [ ] partnership [ ] unincorporated association [ ] corporation [ ] other (*specify*):
   b. The claim upon which the application is based is one upon which an attachment may be issued.
   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
   d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.
   e. The amount to be secured by the attachment is greater than zero.
   f. [X] Defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.
   g. [ ] The following property of defendant, described in plaintiff's application
      (1) [ ] is exempt from attachment (*specify*):
      (2) [ ] is not exempt from attachment (*specify*):
   h. [ ] The following property, not described in plaintiff's application, claimed by defendant to be exempt
      (1) [ ] is exempt from attachment (*specify*):
      (2) [ ] is not exempt from attachment (*specify*):
   i. [ ] An undertaking in the amount of: $ is required before a writ shall issue, and plaintiff [ ] has [ ] has not filed an undertaking in that amount.
   j. A Right to Attach Order was issued on (*date*): pursuant to
      [ ] Code of Civil Procedure section 484.090 (on hearing) [ ] Code of Civil Procedure section 485.220 (ex parte)
   k. [ ] Other (*specify*):

| SHORT TITLE: PNC BANK, NATIONAL ASSOCIATION v. BRADY D. BUNTE | CASE NUMBER: SACV11-00737-JST(RNBx) |
|---|---|

## ORDER

3. THE COURT ORDERS
   a. Plaintiff has a right to attach property of defendant *(name)*: BRADY D. BUNTE, an individual

      in the amount of: $ 12,491,951.67

   b. [ ] The property described in items 2g(1) and 2h(1) of the findings is exempt and shall not be attached.

   c. The clerk shall issue [X] a writ of attachment [ ] an additional writ of attachment in the amount stated in item 3a [X] forthwith [ ] upon the filing of an undertaking in the amount of: $ 10,000.00

      (1) [ ] for any property of a defendant who is **not** a natural person for which a method of levy is provided.

      (2) [X] for the property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010, described as follows *(specify)*:
      Please see Attachment A hereto.

      (3) [ ] for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of sale of such property, described as follows *(specify)*:

      (4) [ ] for plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license number is *(specify)*:

   d. [X] Defendant shall transfer to the levying officer possession of

      (1) [X] any documentary evidence in defendant's possession of title to any property described in item 3c;

      (2) [X] any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;

      (3) [X] the following property in defendant's possession *(specify)*:
      Please see Attachment A hereto.

**NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

   e. [ ] Other *(specify)*:

   f. Total number of boxes checked in item 3: 3

Date:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ______________________________

(TYPE OR PRINT NAME) (SIGNATURE OF JUDGE OR MAGISTRATE JUDGE)

# ATTACHMENT A — ATTACHMENT AGAINST BRADY D. BUNTE

**All of the following property of defendant Brady D. Bunte ("Bunte"), including but not limited to community property:**

## 1. Tangible Personal and Real Property

(A) Antiques, jewelry, heirlooms and works of art, to the extent that the value thereof exceeds $6,075 (C.C.P. §704.040).

(B) Tools, instruments, materials, furnishings, books, and equipment, except that the first $6,075 in aggregate equity therein is exempt from attachment or judgment if these items are reasonably necessary to, and actually used in, the conduct of a trade or business (C.C.P. §704.060).

(C) Commercial motor vehicle, except that the first $4,850 in aggregate equity therein is exempt from attachment or judgment if the commercial motor vehicle is reasonably necessary to, and actually used in, the conduct of a trade or business (C.C.P. §704.060).

(D) Motor vehicles, to the extent that the aggregate equity therein exceeds $2,300 (C.C.P. §704.010), including but not limited to a 2008 Chevrolet with Vehicle ID Number 3GNFK16368G113235.

(E) All interests in real property except leasehold estates with unexpired terms of less than one year (C.C.P. §487.010), including but not limited to all interests in the real property commonly known as 3 O'Hill Ridge, Laguna Niguel, California 92677.

## 2. Other Property

(A) Stock, Bonds and Securities (C.C.P. §487.010)

All shares of stock, bonds, securities and other investment property.

(B) All interests in the following entities (C.C.P. §487.010)

(i) Trust One Mortgage Corporation

(ii) 108 Pacifica, LLC

(iii) Bunte Family Trust established October 29, 1991 by Brady D. Bunte and Angela M. Bunte, Trustors

(C) Deposit Accounts and Safe-Deposit Boxes (C.C.P. §487.010)

All money in the possession, on the premises, or in the deposit accounts of or belonging to Bunte, to the extent that the aggregate amount thereof exceeds $1,000 (C.C.P. §487.010).

(D) Notes (Receivables) (C.C.P. §487.010)

All Promissory Notes and/or Deeds of Trust or other evidence of indebtedness.

(E) All general intangibles, interests and/or rights to payment in or from the following entities, investment properties and/or projects (C.C.P. §487.010):

(i) Trust One Mortgage Corporation

(ii) 108 Pacific, LLC

(iii) 108 Pacifica, Irvine, California 92618

(iv) 4 Santa Carmela, Cabo San Luca, Mexico

(v) 30 Santa Carmela, Cabo San Lucas, Mexico

(vi) Bunte Family Trust established October 29, 1991 by Brady D. Bunte and Angela M. Bunte, Trustors

(F) Accounts receivable, chattel paper, and general intangibles arising from the conduct of a trade, business, or profession to the extent that any individual such item exceeds $150.00 in principal balance (C.C.P. §487.010).

(G) Negotiable documents of title, securities, instruments, equipment, farm products, and inventory (C.C. P. §487.010).

(H) Final money judgments arising from the conduct of a trade, business or profession (C.C.P. §487.010).

(I) The aggregate loan value of unmatured life insurance policies to the extent that such value exceeds $8,000 (C.C.P. §704.100), including but not limited to policies issued by (i) AIG, and (ii) Old Life.

26831-1