UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0737-JST (RNBx) | Date | November 7, 2011 |
|---|---|---|---|
| Title | PNC Bank, N.A. v. Trust One Mortgage Corp., et al. | | |

| Present: The Honorable | Robert N. Block, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS)

### Plaintiff's Application for Right to Attach Order and Order for Issuance of Writ of Attachment Against Defendant Bunte

Notwithstanding Cal. Civ. Proc. Code § 484.060, the parties are ordered to comply with the following briefing schedule.

1. Defendant Bunte shall serve and file his opposition papers on or before November 21, 2011 (and deliver a courtesy copy of the same directly to chambers on or before the same date).

2. Plaintiff shall serve and file its reply papers on or before November 28, 2011 (and deliver a courtesy copy of the same directly to chambers on or before the same date).

cc:   Judge Tucker