UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0737-JST (RNBx) | Date | December 6, 2011 |
|---|---|---|---|
| Title | PNC Bank, N.A. v. Trust One Mortgage Corporation, et al. | | |

| Present: The Honorable | Robert N. Block, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | n/a | CourtSmart |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Leo D. Plotkin | Jeffrey W. Shields |

**Proceedings:**     (LAW AND MOTION CALENDAR)

### Plaintiff's Application for Right to Attach Order and Order for Issuance of Writ of Attachment

Case called. Counsel make their appearances. After affording counsel the opportunity to be heard on the Court's tentative ruling granting plaintiff's Application (see attached), the Court rules that the tentative will stand.

cc:     Judge Tucker

:     05

Initials of Preparer     klh