JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association, successor by merger to National City Bank,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRUST ONE MORTGAGE CORPORATION, a California corporation; and BRADY D. BUNTE, an individual,<br><br>　　　　Defendants. | Case No.　8:11-cv-00737-JLS-RNB<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>*Honorable Josephine L. Staton,*<br>*United States District Judge* |

# JUDGMENT

The Court has granted Plaintiff PNC Bank, National Association's Motion to Reopen Case and Enter Judgment Pursuant to Stipulation. Accordingly, pursuant to the Stipulation for Entry of Judgment executed by the parties herein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment shall be entered against Defendants Trust One Mortgage Corporation, a California Corporation, and Brady D. Bunte, an individual (collectively, "Defendants"). Defendants, jointly and severally, shall pay the sum of $13,000,000.00 to Plaintiff PNC Bank, National Association.

DATED: April 21, 2014

**UNITED STATES DISTRICT JUDGE**